FILED'04 MAY 19 12:43USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DIANNA ROBERTS,                                         CV 02-499-BR

        Plaintiff,                                  JUDGMENT

v.

WMC MORTGAGE CORP., BANK ONE,
N.A., and FAIRBANKS CAPITAL
CORPORATION

        Defendants.

**BROWN, Judge.**

    On February 4, 2004, the Court issued an Order granting summary judgment to Defendant WMC Mortgage Corp. on Plaintiff's First, Second, Third, Fourth, Fifth, and Sixth Claims; granting summmary judgment to Bank One N.A. on Plaintiff's First and Second Claims; and granting summary judgment to Defendant Fairbanks Capital Corporation on Plaintiff's First Claim. The Court also entered a Judgment on April 6, 2004, in favor of Plaintiff against Fairbanks Capital Corporation on Plaintiff's Second Claim.

    It is hereby **ORDERED AND ADJUDGED**

    1.    Plaintiff take nothing from Defendant WMC Mortgage

1 - JUDGMENT

Corp.  It appearing there are no remaining claims against WMC Mortgage Corp., the Court **DISMISSES with prejudice** Plaintiff's action against WMC Mortgage Corp.;

    2.  Plaintiff take nothing from Defendant Bank One N.A.  It appearing there are no remaining claims against Bank One N.A., the Court **DISMISSES with prejudice** the action against Bank One N.A.; and

    3.  Plaintiff take nothing on Plaintiff's First Claim against Fairbanks Capital Corporation.  It appearing there are no remaining claims against Fairbanks Capital Corporation, the Court **DISMISSES with prejudice** the action against Fairbanks Capital Corporation.

    DATED this 14th day of May, 2004.

                                                  /s/ Anna J. Brown  
                                                ANNA J. BROWN  
                                                United States District Judge

Roberts-Judgment-4-13-04.wpd